(V. D. 17)

MANHATTAN NOVELTY CORP. ET AL. *v.* UNITED STATES

Entry No. 56536, etc.

(Decided June 29, 1955)

*Lane, Young & Fox* (*William H. Fox* of counsel) for the plaintiffs.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These matters are presently before me on a remand from a classification proceeding decided by the first division of this court in *Manhattan Novelty Corp. et al. v. United States*, 33 Cust. Ct. 423, Abstract 58501. The judgment entered therein stated: "* * * that the matters be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto.

Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the involved merchandise and that such values are as set forth in schedule "A," hereto attached and made a part hereof.

I further find such values to be the dutiable values of said merchandise.

The actions having been abandoned insofar as all other items of merchandise are concerned, to that extent they are dismissed.

Judgment will be entered accordingly.

## SCHEDULE "A"

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| | | MANHATTAN NOVELTY CORP. | |
| 229853–K/17936–53 | 56536 | 250 pcs. 8 x 30 binoculars with cases | |
| | | Binoculars_____ | 12. 45 |
| | | Carrying cases_____ | 1. 55 |
| | | | net packed |
| | 59902 | 125 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 14. 75 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |
| | 59876 | 125 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 14. 75 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |
| | 60380 | 145 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 11. 72 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |
| | | SELSI CO., INC. | |
| 227615–K/14005–52 | 796537 | 12 pcs. 10 x 35 binoculars with cases | |
| | | Binoculars_____ | 15. 35 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |
| | | 5 pcs. 7 x 35 binoculars with cases | |
| | | Binoculars_____ | 20. 60 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |
| | | 18 pcs. 12 x 37 binoculars with cases | |
| | | Binoculars_____ | 16. 00 |
| | | Carrying cases_____ | 2. 00 |
| | | | plus cases and packing |
| 228198–K/14860–53 | 732837 | 250 pcs. 6 x 15 binoculars with cases, Art. #4762 | |
| | | Binoculars_____ | 5. 75 |
| | | Carrying cases_____ | 0. 50 |
| | | | net packed |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 228198–K/14860–53 | 732837 | 75 pcs. 7 x 35 binoculars with cases, Art. #7306 | |
| | | Binoculars | 16. 50 |
| | | Carrying cases | 1. 50 |
| | | | net packed |
| | | 25 pcs. 7 x 35 binoculars with cases, Art. #7306 | |
| | | Binoculars | 16. 50 |
| | | Carrying cases | 1. 50 |
| | | | net packed |
| | | 225 pcs. 7 x 50 binoculars with cases, Art. #5569–C | |
| | | Binoculars | 13. 35 |
| | | Carrying cases | 1. 25 |
| | | | net packed |
| | | 25 pcs. 7 x 50 binoculars with cases, Art. #5569–C | |
| | | Binoculars | 13. 35 |
| | | Carrying cases | 1. 25 |
| | | | net packed |
| | | 50 pcs. 6 x 30 binoculars with cases, Art. #7394 | |
| | | Binoculars | 14. 35 |
| | | Carrying cases | 1. 25 |
| | | | net packed |
| | 808539 | 10 pcs. 10 x 50 binoculars with cases, Art. #7784 | |
| | | Binoculars | 16. 20 |
| | | Carrying cases | 2. 00 |
| | | | net packed |
| | | 5 pcs. 12 x 50 binoculars with cases, Art. #7785 | |
| | | Binoculars | 18. 30 |
| | | Carrying cases | 2. 00 |
| | | | net packed |
| | | 5 pcs. 12 x 50 binoculars with cases, Art. #7315 | |
| | | Binoculars | 16. 80 |
| | | Carrying cases | 2. 00 |
| | | 5 pcs. 16 x 50 binoculars with cases, Art. #7786 | |
| | | Binoculars | 20. 10 |
| | | Carrying cases | 2. 00 |
| | | | net packed |
| | | 5 pcs. 16 x 50 binoculars with cases, Art. #7316 | |
| | | Binoculars | 18. 60 |
| | | Carrying cases | 2. 00 |
| | | | net packed |

| Remand of protest No. | Entry No. | Merchandise | United States dollars per each |
|---|---|---|---|
| 228198–K/14860–53 | 808539 | 10 pcs. 10 x 50 binoculars with cases, Art. 7750 | |
| | | Binoculars_____ | 14. 60 |
| | | Carrying cases_____ | 2. 00 |
| | | | net packed |

TEXOMA WHOLESALE JEWELERS
S. H. POMERANCE CO., INC.

| 227385–K/16254–53 | 807816 | 200 pcs. 7 x 50 binoculars with cases | |
|---|---|---|---|
| | | Binoculars_____ | 16. 50 |
| | | Carrying cases_____ | 2. 50 |
| | | | net packed |

(V. D. 18)